

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 14  AM 11: 44

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| F/V SOFTWARE, L.L.C. | CIVIL ACTION NO. 04-2485 |
| VERSUS | SECTION D |
| ASPEN TECHNOLOGY, INC. | HON. A. J. MC NAMARA, J. |
| | MAGISTRATE JUDGE: 2 |

### ORDER

Whereas this matter involves the same parties, issues, and facts pending in the United States District Court for the District of Massachusetts in the case styled *Aspen Technology, Inc. v. F/V Software, L.L.C.*, No. 04-11830, and considering the unopposed motion of plaintiff F/V Software, L.L.C. to transfer;

IT IS ORDERED that the Complaint for Breach of Contract filed herein by F/V Software, L.L.C. is transferred to the United States District Court for the District of Massachusetts.

6/13/05

_____
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY
JUN 20 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep__
___ Doc. No.__

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
#### OFFICE OF THE CLERK

LORETTA G. WHYTE  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

June 20, 2005

Ms. Sarah A. Thornton  
Clerk, United States District Court  
District of Massachusetts  
1 Courthouse Way, Suite 2300  
Boston, MA  02210



MAGISTRATE JUDGE _____



Re: Civil Action No. 04-2485, D, Mag-2  
F/V Software, LLC  
vs.  
Aspen Technology, Inc.

Dear Ms. Thornton:

On June, 13, 2005, the Honorable A. McNamara, United States District Court Judge for this district, entered an order transferring the above captioned case to the District of Massachusetts.

Pursuant to said order, we are forwarding herewith the entire original record filed in this court, together with a certified copy of the order of transfer and a copy of the docket sheet.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA G. WHYTE, CLERK

By: *Julie Harris*  
Deputy Clerk

Enclosures

CLOSED, MAG-2, STAYED

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:04-cv-02485-AJM
### Internal Use Only

**05 11286 REK**

FV Software LLC v. Aspen Technology Inc
Assigned to: Judge A. J. McNamara
Demand: $900000
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 08/31/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**FV Software LLC**  represented by  **Eugene G. Taggart**
Taggart, Morton, Ogden, Staub,
Rougelot, & O'Brien, LLC
2100 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-2100
504-599-8500
Email: etaggart@taggartmorton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence George O'Brien**
Taggart, Morton, Ogden, Staub,
Rougelot, & O'Brien, LLC
2100 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-2100
504-599-8500
Email: tobrien@taggartmorton.com

V.

CLERK'S OFFICE
A TRUE COPY
JUN 20 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

**Defendant**

**Aspen Technology Inc**  represented by  **Glenn Michael Farnet**
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LL
One American Place
P. O. Box 3513
22nd Floor
Baton Rouge, LA 70821-3513
225-387-0999
Email: Glenn.Farnet@KeanMiller.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey N. Boudreaux**
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LL
One American Place
P. O. Box 3513
22nd Floor
Baton Rouge, LA 70821-3513
225-387-0999

**Julie Parelman Silbert**
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LL
909 Poydras St.
Suite 1450
New Orleans, LA 70112
(504) 585-3050
Email: julie.silbert@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Justin J. Daniels**

Skadden, Arps, Slate, Meagher
& Flom, LLP
One Beacon St.
Boston, MA 02108
617-573-4826
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT; 1 summons(es) issued (lg) (Entered: 08/31/2004) |
| 08/31/2004 | | Payment of filing fee by plaintiff FV Software LLC in amount of $ 150.00 (lg) (Entered: 08/31/2004) |
| 09/28/2004 | 2 | RETURN OF SERVICE of summons and complaint upon defendant Aspen Technology Inc on 9/27/04 (ca) (Entered: 09/28/2004) |
| 10/15/2004 | 3 | Motion by defendant Aspen Technology Inc and ORDER extending time to answer pla's complaint until 11/8/04 by Judge Helen G. Berrigan Date Signed: 10/19/04 (lg) (Entered: 10/20/2004) |
| 10/27/2004 | 4 | ORDER Case reassigned to Judge A. J. McNamara by Judge Ivan L. Lemelle Date Signed: 10/26/04 (lg) (Entered: 10/27/2004) |
| 11/08/2004 | 5 | MOTION by defendant Aspen Technology Inc to dismiss pla's claims, transfer case to Dist of MA or stay proceedings to be heard before Judge at 10:00 12/8/04 (dmg) (Entered: 11/09/2004) |
| 11/15/2004 | 6 | Motion by defendant Aspen Technology Inc and ORDER for attorney Justin J. Daniels to appear pro hac vice by Judge A. J. McNamara Date Signed: 11/17/04 (dmg) (Entered: 11/19/2004) |
| 11/30/2004 | 7 | Memo in opposition by plaintiff FV Software LLC to motion to dismiss pla's claims, transfer case to Dist of MA or stay proceedings [5-1] filed by |

| | | |
|---|---|---|
| | | defendant Aspen Technology Inc (dmg) (Entered: 11/30/2004) |
| 12/08/2004 | 8 | MINUTE ENTRY (12/8/04) Aspen's motion to dismiss pla's claims or transfer case to Dist of MA is DENIED but their motion to stay proceedings [5-1] is GRANTED; ORDERED that the Clerk mark this action closed for statistical purposes by Judge A. J. McNamara (CASE CLOSED) (dmg) (Entered: 12/09/2004) |
| 06/10/2005 | 9 | MOTION to Transfer Case to the District of MA by FV Software LLC. (dmg, ) (Entered: 06/16/2005) |
| 06/14/2005 | 10 | ORDER granting 9 Motion to Transfer Case to the District of MA . Signed by Judge A. J. McNamara on 6/13/05. (dmg, ) (Entered: 06/16/2005) |