UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
F/V SOFTWARE, L.L.C.,                     :

               Plaintiff,            :     Civil Action
                                    No. 05-11286-REK

        v.                              :

ASPEN TECHNOLOGY, INC.,            :

               Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record on behalf of Defendant Aspen Technology, Inc. in the above-captioned action.

Dated: October 20, 2005                     Respectfully submitted,
       Boston, Massachusetts

                                            /s/ Thomas J. Dougherty
                                            Thomas J. Dougherty (BBO #132300)
                                            SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
                                            One Beacon Street
                                            Boston, Massachusetts 02108
                                            Telephone: (617) 573-4800

                                            Counsel for Defendant
                                            Aspen Technology, Inc.