UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| F/V SOFTWARE, L.L.C., | : |
| Plaintiff, | :   Civil Action |
| | :   No. 05-11286-REK |
| v. | : |
| ASPEN TECHNOLOGY, INC., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record on behalf of Defendant Aspen Technology, Inc. in the above captioned-action.

Dated: October 20, 2005
      Boston, Massachusetts

Respectfully submitted,

/s/ Justin J. Daniels
Justin J. Daniels (BBO #656118)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 573-4800

Counsel for Defendant
Aspen Technology, Inc.