UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
F/V SOFTWARE, L.L.C.,                :

        Plaintiff,             :        Civil Action
                                                      No. 05-11286-REK
        v.                             :

ASPEN TECHNOLOGY, INC.,            :

        Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ASPEN TECHNOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT

        Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Aspen Technology, Inc.

("Aspen"), hereby submits the following corporate disclosure statement:

        Aspen, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 20, 2005        Respectfully submitted,
       Boston, Massachusetts

                                       /s/ Justin J. Daniels
                                       Thomas J. Dougherty (BBO #132300)
                                       Justin J. Daniels (BBO #656118)
                                       SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                       One Beacon Street
                                       Boston, Massachusetts 02108
                                       Telephone: (617) 573-4800

                                       Counsel for Defendant
                                       Aspen Technology, Inc.