UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| F/V SOFTWARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11286-PBS |
| | ) | |
| ASPEN TECHNOLOGY, INC. et. al., | ) | |
| Defendant, | ) | |

## NOTICE OF AND ORDER REGARDING MEDIATION

In accordance with the Order of Reference for Alternative Dispute Resolution dated June 20, 2005, the parties are hereby notified that the court has scheduled a mediation conference for **Monday,  December 12,  2005, at 2:00 P.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with Chief Judge Swartwood's Clerk  by e-mail  at lisa_roland@mad.uscourts.gov  **no later than one (1) day before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

/ s /Charles B. Swartwood, III
Charles B. Swartwood, III
Chief  Magistrate Judge

DATED:  December 12, 2005