UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

F/V SOFTWARE, L.L.C.,
                    Plaintiff(s)

                                                    CIVIL ACTION

              V.
                                                    NO.  05-11286-PBS

ASPEN TECHNOLOGY,
                    Defendant(s)

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE SARIS

SWARTWOOD, C.M.J.

On  December 12, 2005      I held the following ADR proceeding:

_____     EARLY NEUTRAL EVALUATION      _X_   MEDIATION

_____     MINI-TRIAL                    _____   SUMMARY JURY TRIAL

_____     SETTLEMENT CONFERENCE

All parties were represented by counsel  [except _____]

The parties  were  present in person or by authorized corporate officer [except _____].

The case was:

[ ]     Settled.  Your clerk should enter a ___ day order of dismissal.

[ ]     There was progress.  A further conference has been scheduled for _____ unless the case is
        reported settled prior to that date.

[X]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case
        should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

        _____

        _____


___December 12, 2006_____                    /s/Charles B. Swartwood, III_____
        DATE                                  CHARLES B. SWARTWOOD, III
                                              CHIEF UNITED STATES CHIEF MAGISTRATE JUDGE


(adrrpt. - 01/96)                                              [adrrpt.]