# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

MICHAEL S. RABIEH
617.239.0225
*fax* 617.227.4420
mrabieh@eapdlaw.com

December 19, 2005

**By Electronic Filing**

Robert Alba
Clerk to the Honorable Patti Saris
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

   Re: Continuance of scheduling conference in
      *F/V Software, L.L.C.* v. *Aspen Technology, Inc.*
      Civil Action No. 05-11286-PBS

Dear Mr. Alba:

This is to confirm that counsel for both parties in the above matter have agreed to continue the scheduling conference originally scheduled for January 4, 2006 at 4:00 p.m., to February 1, 2006 at 2:00 p.m.

Thank you for continuing the conference to this date and time.

Very truly yours,


/s/ Michael S. Rabieh
Michael S. Rabieh

MSR/msr

325785.1