UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F/V SOFTWARE, L.L.C.,<br><br>                      Plaintiff,<br><br>v.<br><br>ASPEN TECHNOLOGY, INC.,<br><br>                      Defendant. | Civil Action<br>No. 05-11286-PBS |

### NOTICE OF APPEARANCE

Please enter the appearance of Timothy N. Schofield as counsel for plaintiff F/V Software, L.L.C., in the above-captioned action.

                                      Respectfully submitted,

                                      F/V SOFTWARE, L.L.C.,

                                      By its attorney,

                                      /s/ Timothy N. Schofield

                                      _____
                                      Timothy N. Schofield (BBO #645179)
                                      SCHOFIELD & ASSOCIATES
                                      6 Beacon Street – Suite 720
                                      Boston, MA 02108
                                      617-557-4545

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

    /s/ Timothy N. Schofield
    _____
    Timothy N. Schofield