UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASPEN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> F/V SOFTWARE, L.L.C., <br><br> Defendant. <br><br> And <br><br> F/V SOFTWARE, L.L.C., <br><br> Plaintiff, <br><br> ASPEN TECHNOLOGY, INC., <br><br> Defendant. | Civil Action <br> No. 04-11830 PBS <br><br><br><br><br><br><br><br><br><br> Civil Action <br> No. 05-11286 PBS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and duly authorized representative of Aspen Technology, Inc. have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and

  (b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: January 25, 2006
   Boston, Massachusetts

/s/ Frederic G. Hammond
Frederic G. Hammond
Senior Vice President and General Counsel
Aspen Technology, Inc.
Ten Canal Park
Cambridge, Massachusetts 02141
Telephone:  617.949.1000
Facsimile:  617.949.1030

Respectfully submitted,

/s/ Justin J. Daniels
Thomas J. Dougherty (BBO # 132300)
Justin J. Daniels (BBO # 656118)
Benjamin L. Mack (BBO # 661590)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Telephone:  617.573.4800
Facsimile:  617.573.4822
E-mail:  jdaniels@skadden.com

Attorneys for Aspen Technology, Inc.